# United States District Court

FOR THE _____ DISTRICT OF  MASSACHUSETTS

ROBERT P. GOODRICH,

Plaintiff

V.

Defendant
Michael T. Maloney, Commissioner of Dept of Corr.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, Robert P. Goodrich _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☑ Yes   ☐ No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration  Old Colony Correctional Center
   Are you employed at the institution? yes   Do you receive any payment from the institution? _____
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   N/A

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment       Yes ☐   No ☑
   b. Rent payments, interest or dividends                Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments      Yes ☐   No ☑
   d. Disability or workers compensation payments         Yes ☐   No ☑
   e. Gifts or inheritances                               Yes ☐   No ☑
   f. Any other sources                                   Yes ☑   No ☐

If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive. from family and it very's

This form was electronically produced by Elite Federal Forms, Inc.