# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

REV. 11/90

IN UNITED STATES  ☐ MAGISTRATE  ✓ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Goodrich vs. Maloney

FOR: District of Massachusetts AT Boston

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Robert P. Goodrich

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ✓ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBER:
Magistrate:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ✓ Felony  ☐ Misdemeanor

Armed Robbery
&
Habitual Criminal

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer:
IF YES, how much do you earn per month? $ N/A
IF NO, give month and year of last employment. How much did you earn per month $
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: N/A   SOURCES:

**CASH**
Have you any cash on hand or money in savings or checking account? ☐ Yes  ✓ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ✓ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE:   DESCRIPTION:

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
✓ SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors: N/A
Total Debt: $
Monthly Pmt: $

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.