UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

NO.

ROBERT P. GOODRICH,
Petitioner

v.

MICHAEL T. MALONEY,
Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes the petitioner, Robert P. Goodrich, with his Motion For Appointment of Counsel to represent him in his petition For Writ of Habeas Corpus.

Petitioner states the following grounds in support of his Motion:

1.) The petitioner is poor and not able to retain paid - counsel.

2.) The petitioner's knowledge of the law is limited.

3.) The prison law library has a very limited access and legal assistance available.

4.) The issues are very complex.

5.) The ends of justice would be best served if counsel was appointed.

-2-

The petitioner states that he has the right to counsel - under the Sixth and Fourteenth Amendments of The United States Constitution.

Therefore, the petitioner prays that this Honorable Court grant his Motion For Appointment of Counsel.

Respectfully Submitted

Robert P. Goodrich, pro, se.
One Administration Rd.
Bridgewater, MA 02324

Date: 10-28 ,2003

cc/file