UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERT P. GOODRICH,**
        Petitioner,

                      Civil Action
v.                      No.  03-12541-NG

**MICHAEL T. MALONEY,  et al.,**
        Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

**Having considered the petitioner's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915; it is ORDERED that:**

☐    The application to proceed without prepayment of fees is GRANTED.

☒    It is FURTHER ORDERED that the application is DENIED as MOOT.  The Court's records indicate petitioner paid the $5.00 filing fee on December 17, 2003.


 1/12/04                      /s Nancy Gertner
**DATE**                   **UNITED STATES DISTRICT JUDGE**


**(ifphabe.ord - 9/20/96)**                                **[oifphc.]**