UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. GOODRICH,<br>   Petitioner,<br><br>  v.<br><br>MICHAEL T. MALONEY,<br>   Respondent. | C.A. No. 03-12541-NG |

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is petitioner's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that petitioner's motion for appointment of counsel is ALLOWED.

SO ORDERED.

Dated at Boston, Massachusetts, this 12th day of January, 2004

            /s Nancy Gertner
            UNITED STATES DISTRICT JUDGE