ATTORNEY ASSIGNMENT REQUEST

Petitoner: **Robert P. Goodrich**  Case & Defendant Number: **03-cv-12541-NG**

Date of Appointment: 1/12/04   Appointed by: Judge Nancy Gertner

Attorney Withdrawn_____   Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts:_____

Charge(s) and Cite(s) **Civil Habeas 2254 State Case.**
_____

Indictment_____   Information_____   Probation Revocation_____

Number of Defendants_____

Judge Code   0131

Special Instructions: Please appoint an attorney from the CJA List to represent Petitioner in a 2254 action.  See Order of Appointment of counsel dkt #5, dated 1/12/04.

_____

_____

_____

                    s/Maryellen Molloy
                    Deputy Clerk

Dated    1/20/04


**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**ATTY REQ FORM-GOODRICH HAB 1-20-04**

[attyreq.;kattyreq.]