UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT P. GOODRICH,<br><br>    Petitioner,<br><br>v.<br><br>TIM HALL,<br><br>    Respondent. | Civil Action No. 03-12541-NG |

## MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent hereby respectfully requests that this Court grant him an enlargement of time within which he must file an answer or motion to dismiss the petition for a writ of habeas corpus for a period of thirty days, up to and including March 11, 2004. In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by February 10, 2004. The undersigned assistant attorney general is still awaiting receipt of the state materials concerning the petitioner's conviction, which are necessary for counsel to review before formulating an appropriate response to the petition.

WHEREFORE, the respondent respectfully requests that this Court grant him until March 11, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Maura D. McLaughlin*
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: February 6, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Robert P. Goodrich, on February 6, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Robert P. Goodrich, Old Colony Correctional Center, One Administration Road, Bridgewater, Massachusetts, 02324.

*Maura D. McLaughlin*
Maura D. McLaughlin