UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT P. GOODRICH,   )<br>   )<br>     Petitioner,   )<br>   )<br>v.   )<br>   )<br>TIM HALL,   )<br>   )<br>     Respondent.   )<br>   ) | Civil Action No. 03-12541-NG |

## RESPONDENT'S MOTION FOR LEAVE TO DISPENSE WITH THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1

Respondent Tim Hall hereby moves that he be permitted to file the accompanying Motion for Enlargement of Time to File Responsive Pleadings to Petition for Writ of Habeas Corpus and any future motions without counsel first conferring with petitioner, as Local Rule 7.1(A)(2) requires. In support thereof, respondent states that petitioner is currently incarcerated at the Old Colony Correctional Center, in the care of the Massachusetts Department of Corrections and is not represented by counsel, rendering pre-filing conference impracticable.

For this reason, respondent requests that he be granted leave to dispense with the pre-filing conference required by L.R. 7.1(A)(2), and that he be permitted to file the accompanying Motion for Enlargement of Time to File Responsive Pleadings to Petition for Writ of Habeas Corpus and any future motions in this action without first conferring with petitioner.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Maura D. McLaughlin*
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923

Dated: February 6, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Robert P. Goodrich, on February 6, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Robert P. Goodrich, Old Colony Correctional Center, One Administration Road, Bridgewater, Massachusetts, 02324.

*Maura D. McLaughlin*
Maura D. McLaughlin