UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT P. GOODRICH, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 03-12541-NG |
| TIM HALL, | ) ) ) | |
| Respondent. | ) ) | |

**NOTICE OF APPEARANCE**

**TO THE CLERK:**

    Please enter my appearance as an attorney for Petitioner Robert P. Goodrich in the above-entitled case.

                                                Respectfully submitted,

                                                ROBERT P. GOODRICH,
                                                By his attorneys,

                                                  /s/   Jill L. Brenner
                                                Peter E. Gelhaar (BBO# 188310)
                                                Jill L. Brenner (BBO# 652501)
                                                Donnelly, Conroy & Gelhaar, LLP
                                                One Beacon Street, 33rd Floor
                                                Boston, MA  02108
                                                (617) 720-2880

Dated: March 19, 2004