UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT P. GOODRICH, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 03-12541-NG |
| TIM HALL, | ) | |
| Respondent. | ) | |

**PETITIONER`S MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO RESPONDENT`S MOTION TO DISMISS
(ASSENTED-TO)**

Petitioner Robert P. Goodrich (Petitioner) hereby moves that the Court enlarge the time for filing his Opposition to Respondent Tim Hall`s Motion to Dismiss (Respondent) fourteen (14) days, to and including April 8, 2004. As grounds therefor, Petitioner states that the Commonwealth has presented numerous procedural defenses to Petitioner`s Petition For Writ of Habeas Corpus under 28 U.S.C. §2254. Petitioner, who presently seeks relief from a minimum ten-year sentence, requests that this Court provide him with additional time to comprehensively research his arguments and defenses to the Commonwealth`s motion. In further support of this motion, the Commonwealth has assented to the requested enlargement of time.

Respectfully submitted,

ROBERT P. GOODRICH,
By his attorneys,


   /s/   Jill L. Brenner
Peter E. Gelhaar (BBO# 188310)
Jill L. Brenner (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA  02108
(617) 720-2880

Dated: March 19, 2004


**LOCAL RULE 7.1 CERTIFICATION**

　　　I hereby certify that on March 18, 2004, I did confer in good faith, via telephone, with Maura D. McLaughlin, Esq., counsel for Respondent, in an effort to narrow or resolve the issues raised in this motion.


_____/s/_____
Jill L. Brenner