UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT P. GOODRICH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 03-12541-NG |
| ) | |
| TIM HALL, ) | |
| ) | |
| Respondent. ) | |

**PETITIONER`S MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO RESPONDENT`S MOTION TO DISMISS
(ASSENTED-TO)**

Petitioner Robert P. Goodrich (Petitioner) hereby moves that the Court enlarge the time for filing his Opposition to Respondent Tim Hall`s Motion to Dismiss (Respondent) twenty-one (21) days, to and including April 29, 2004.  As grounds therefor, Petitioner states that the Commonwealth has presented numerous procedural defenses to Petitioner`s Petition For Writ of Habeas Corpus under 28 U.S.C. §2254.  Petitioner, who presently seeks relief from a minimum ten-year sentence, requests that this Court provide him with additional time to comprehensively research his arguments and defenses to the Commonwealth`s motion.  In further support of this motion, the Commonwealth has assented to the requested enlargement of time.

Respectfully submitted,

ROBERT P. GOODRICH,
By his attorneys,


  /s/   Jill L. Brenner
Peter E. Gelhaar (BBO# 188310)
Jill L. Brenner (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA  02108
(617) 720-2880

Dated: April 5, 2004


## LOCAL RULE 7.1 CERTIFICATION

     I hereby certify that I did confer in good faith, via telephone, with Maura D. McLaughlin, Esq., counsel for Respondent, in an effort to narrow or resolve the issues raised in this motion, and counsel for Respondent has indicated that she assents to this motion.


_____/s/_____
Jill L. Brenner