UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
ROBERT P. GOODRICH,                 )
                                    )
         Petitioner,                )
                                    )
         v.                         )   Civil Action No. 03-12541-NG
                                    )
TIM HALL,                           )
                                    )
         Respondent.                )
_____)

**STIPULATION OF DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Petitioner Robert P. Goodrich and Respondent Tim Hall hereby stipulate to the dismissal of Ground Two of Petitioner`s Writ of Habeas Corpus.

| PETITIONER, ROBERT P. GOODRICH | RESPONDENT, TIM HALL |
|---|---|
| By his counsel, | By his counsel, |
| ____/s/_____ | ____/s/___(JLB)_____ |
| Peter E. Gelhaar (BBO #188310) | Maura D. McLaughlin (BBO #634923) |
| Jill L. Brenner (BBO #652501) | Assistant Attorney General |
| Donnelly, Conroy & Gelhaar, LLP | Criminal Bureau |
| One Beacon Street | One Ashburton Place |
| Boston, MA 02108 | Boston, MA 02108 |
| Tel: 617-720-2880 | Tel: 617-727-2200, x-2857 |

Dated: April 29, 2004