UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT P. GOODRICH, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 03-12541-NG |
| TIM HALL, | ) | |
| Respondent. | ) | |

**PETITIONER`S MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO RESPONDENT`S MOTION TO DISMISS
(ASSENTED-TO)**

Petitioner Robert P. Goodrich (Petitioner) hereby moves that the Court enlarge the time for filing his Opposition to Respondent Tim Hall`s Motion to Dismiss (Respondent) until such time as this Court enters an Order on Petitioner`s Assented-To Motion for Leave to Impound Petitioner`s Opposition to Respondent`s Motion to Dismiss Petition For Writ of Habeas Corpus. In further support of this motion, the Commonwealth has assented to the requested enlargement of time. Petitioner further states that he will file his Opposition to Respondent`s Motion to Dismiss Petition for Writ of Habeas Corpus upon receipt of this Court`s Order.

        Respectfully submitted,

        ROBERT P. GOODRICH,
        By his attorneys,


         /s/   Jill L. Brenner
        Peter E. Gelhaar (BBO# 188310)
        Jill L. Brenner (BBO# 652501)
        Donnelly, Conroy & Gelhaar, LLP
        One Beacon Street, 33rd Floor
        Boston, MA  02108
        (617) 720-2880

Dated: April 29, 2004


## LOCAL RULE 7.1 CERTIFICATION

     I hereby certify that on April 29, 2004, I did confer in good faith, via telephone, with Maura D. McLaughlin, Esq., counsel for Respondent, in an effort to narrow or resolve the issues raised in this motion, and counsel for Respondent has indicated that she assents to this motion.


           /s/
        Jill L. Brenner