UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
ROBERT P. GOODRICH,                      )
                                         )
                    Petitioner,          )
                                         )
v.                                       )        Civil Action No. 03-12541-NG
                                         )
TIM HALL,                                )
                                         )
                    Respondent.          )
                                         )

## ASSENTED-TO MOTION TO IMPOUND

The respondent, Tim Hall, through counsel, hereby respectfully requests that the Court

impound his Memorandum of Law In Opposition to Petitioner's Petition for Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254, filed on the same date as this motion. As grounds for this

motion, the respondent states that the Memorandum of Law incorporates segments of the

transcript of the grand jury proceedings in the petitioner's state criminal case, and that such grand

jury minutes are to be treated as confidential.[1]   The respondent further asserts that this Court has

previously granted assented-to motions to impound both the Supplemental Answer in this case

and the Petitioner's Memorandum of Law. *See* Orders dated April 6, 2004, and July 22, 2004.

Moreover, Petitioner's counsel does not oppose this motion and granting this motion will not

cause prejudice to any party.

WHEREFORE, for the foregoing reasons, respondent respectfully requests that this Court

---

[1] The facts and circumstances regarding the inclusion of the grand jury testimony are set forth in greater detail in the respondent's Assented-to Motion to Impound, filed on March 11, 2004. The respondent incorporates that motion by reference herein.

impound the respondent's Memorandum of Law In Opposition to Petitioner's Petition for Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed herewith.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857
BBO No. 634923


Dated: September 3, 2004


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for the
petitioner, Robert P. Goodrich, on September 3, 2004, by depositing the copy in the office
depository for collection and delivery by hand to Jill L. Brenner, Esq., counsel for the petitioner,
Connelly, Conroy & Gelhaar, One Beacon Street, 33rd Floor, Boston, Massachusetts 02108.


Maura D. McLaughlin


2