UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ROBERT P. GOODRICH,            )
     Plaintiff,                )
                               )
     v.                        )    C.A. No. 03-12541-NG
                               )
TIMOTHY HALL,                  )
     Defendant.                )
```
GERTNER, D.J.:

### ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum and Order, Robert P. Goodrich's petition for a writ of habeas corpus [docket entry # 7] is hereby **DENIED**. Accordingly, this action is **DISMISSED**.

**SO ORDERED.**

Dated: March 11, 2005                    s/ NANCY GERTNER U.S.D.J.