UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. GOODRICH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 03-12541-NG |
| ) | |
| TIM HALL, ) | |
| ) | |
| Respondent. ) | |

**PETITIONER'S NOTICE OF APPEAL**

Notice is hereby given that petitioner, Robert P. Goodrich ("Mr. Goodrich"), hereby appeals to the United States Court of Appeals for the First Circuit from the Order of Dismissal denying Mr. Goodrich's petition for a writ of habeas corpus. The Order of Dismissal entered in this action on the 11th day of March, 2005.

ROBERT P. GOODRICH,

By his attorneys,

*/s/ Jill B. Meixel*
Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: March 17, 2005