UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. GOODRICH,              )<br>                                                         )<br>            Petitioner,            )<br>                                                         )<br>            v.                            )<br>                                                         )<br>TIM HALL,                              )<br>                                                         )<br>            Respondent.          )<br>                                                         ) | Civil Action No. 03-12541-NG |

**ASSENTED-TO MOTION FOR LEAVE TO IMPOUND
PETITIONER'S APPLICATION FOR CERTIFICATE OF
APPEALABILITY AND UNDERLYING MEMORANDUM**

Petitioner, Robert P. Goodrich, through counsel, hereby respectfully moves, pursuant to Local Rule 7.2, that the Court impound Petitioner's Application for Certificate of Appealability and the Memorandum in Support of Application for Certificate of Appealability. In support of his motion, Petitioner states as follows:

1. On April 6, 2004, this Court granted Respondent's Assented-To Motion to Impound Supplemental Answer.

2. Respondent's Assented-To Motion to Impound Supplemental Answer was based on the fact that Petitioner's brief and appendix filed in the Massachusetts Appeals Court, in connection with <u>Commonwealth v. Robert P. Goodrich</u>, Middlesex County Superior Court Criminal Action No. 2000-00018, included impounded grand jury testimony.

3. This Court has previously granted assented-to motions to impound Petitioner's Opposition to Respondent's Motion to Dismiss, Petitioner's Memorandum in Support of

Issuance of Writ of Habeas Corpus, Respondent's Opposition to Petitioner's Memorandum for Petition for Writ of Habeas Corpus, and Petitioner's Reply Memorandum in Support of Issuance of Writ of Habeas Corpus, each of which referenced the above-mentioned impounded grand jury testimony.

4. Petitioner's Application for Certificate of Appealability and the memorandum in support thereof reference the above-referenced grand jury testimony.

5. Respondent's counsel assents to the filing of this motion.

6. Pursuant to Local Rule 7.2(a), Petitioner represents that the impoundment order may be lifted upon the Court's disposition of the subject habeas petition, and all impounded materials may be returned to the Petitioner.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that this Court impound Petitioner's Application for Certificate of Appealability and the Memorandum in Support of Application for Certificate of Appealability.

Respectfully submitted,

ROBERT P. GOODRICH,
By his attorneys,

_____
Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: April 5, 2005

## LOCAL RULE 7.1 CERTIFICATION

    I hereby certify that on April 5, 2005, I did confer in good faith with Maura D. McLaughlin, Esq., counsel for Respondent, in an effort to narrow or resolve the issues raised in this motion, and counsel for Respondent has indicated that she assents to this motion.

                                                                            _/s/ Jill Brenner Meixel_
                                                                            Jill Brenner Meixel