# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-2166

USDC Docket Number : 03-cv-12541

Robert P. Goodrich

v.

Tim Hill

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

20, 24, 25, 30, 31, 33, 34, 39

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 27, 2006.

Sarah A. Thornton, Clerk of Court

By _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/27/06 .

_____
Deputy Clerk, US Court of Appeals

- 3/06