# United States Court of Appeals
## For the First Circuit

*03-12541*
*USDC/MA*
*Gertner, J*

No. 05-2166

ROBERT P. GOODRICH,

Petitioner, Appellant,

v.

TIMOTHY HALL, Superintendent,

Respondent, Appellee.

**MANDATE**

**JUDGMENT**

Entered: May 18, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of the petition for habeas corpus is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_/s/_
Deputy Clerk
Date: 6/8/06

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By: Julie Gregg, Operations Manager

[cc: Mr. Gelhaar, Ms. Brenner Meixel, Mr. D'Orsi & Ms. McLaughlin.]